## UNITED STATES *v.* BARNETT.

APPEAL FROM THE COURT OF CLAIMS.

No. 901. Argued January 18, 1882. — Decided March 6, 1882.

*United States* v. *Kaufman*, 96 U. S. 567, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This judgment is affirmed on the authority of *United States* v. *Kaufman*, 96 U. S. 567, from which it cannot be distinguished in principle.                                                     *Affirmed.*

*Mr. Attorney General* and *Mr. William Lawrence* for appellant.

*Mr. J. W. Douglass* and *Mr. George L. Douglass* for appellees.

## GRAME *v.* MUTUAL ASSURANCE SOCIETY OF VIRGINIA.

## GODDIN *v.* MUTUAL ASSURANCE SOCIETY OF VIRGINIA.

ERROR TO THE SUPREME COURT OF APPEALS OF THE STATE OF VIRGINIA.

Nos. 1049 and 1050. Submitted November 28, 1881. — Decided December 12, 1881.

*Steines* v. *Franklin County*, 14 Wall. 15, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The motions for writs of *certiorari* are denied. A petition for a rehearing, filed in the court below after judgment, which has been refused, is no part of the record to be returned here with a writ of error for a review of the judgment. *Steines* v. *Franklin County*, 14 Wall. 21.

The motions to affirm are also denied. The further consideration of the motions to dismiss is postponed until the causes come up for hearing on the merits.                                   *Denied.*

*Mr. W. B. Webb* and *Mr. James Lyons* for plaintiffs in error.

*Mr. P. Phillips, Mr. W. A. Maury* and *Mr. W. H. Phillips* for defendant in error.